# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 7, 2021

Lyle W. Cayce
Clerk

No. 19-50926
Conference Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

MARIA PRECIADO,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:19-CR-3-1

Before GRAVES, WILLETT, and DUNCAN, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Maria Preciado has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Preciado has filed a response. The record is not sufficiently developed to

---

[*] Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 19-50926

allow us to make a fair evaluation of Preciado's claim of ineffective assistance of counsel. We therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Preciado's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Preciado's motion for appointment of new counsel is DENIED. The case is REMANDED pursuant to Federal Rule of Criminal Procedure 36 for correction of the judgment to reflect that Preciado pleaded guilty to 21 U.S.C. § 841(b)(1)(A).